IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEO SCHUMACKER | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 21-4665 |
| SQUARE, INC., et. al. | : | |

**ORDER**

AND NOW, this 13th day of April, 2022, the Court having previously issued an Order on February 11, 2022 directing the Plaintiff to submit proof of service of the summons and complaint in this matter upon Defendants or show cause in writing by March 4, 2022 why this action should not be dismissed, and the Plaintiff having failed to comply with the March 4, 2022 Order, it is hereby ORDERED that this case is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,          C.J.